```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 01659
   JAMES PERRY
   INGRID N PERRY                            CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-6339     SSN XXX-XX-5702


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/25/08 and confirmed on 05/28/08.

     2.  The case was dismissed after confirmation, 01/22/2009.

     3.  The Debtor paid a total of $   5986.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
SAXON MORTGAGE SERVICES  CURRENT MORTG         .00            .00            .00
SAXON MORTGAGE SERVICES  MORTGAGE ARRE         .00            .00            .00
MEADOWS CREDIT UNION     SECURED VEHIC     8500.00         306.00         622.42
CITIZENS BANK            SECURED VEHIC     5756.56         235.52         665.31
FORD MOTOR CREDIT CO     SECURED VEHIC    12000.00         434.56         916.26
REGIONS MORTGAGE         CURRENT MORTG         .00            .00            .00
ADVANCED MEDICAL & WELLN UNSECURED       NOT FILED            .00            .00
BECKET & LEE LLP         UNSECURED         2482.46            .00            .00
FIA CARD SERVICES        UNSECURED        NOT FILED            .00            .00
BEST BUY/HRS             UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED         1089.33            .00            .00
CARPENTERSVILLE FIRE DEP UNSECURED        NOT FILED            .00            .00
CHASE BANK USA           UNSECURED         1216.72            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         9154.43            .00            .00
GE MONEY BANK            UNSECURED         5734.25            .00            .00
GUARDIAN PROTECTION SVCS UNSECURED         1364.44            .00            .00
ECAST SETTLEMENT CORP    SECURED           1030.00          45.28          44.05
KANU PANCHAL MD          UNSECURED        NOT FILED            .00            .00
NATIONAL CITY MORTGAGE   UNSECURED        NOT FILED            .00            .00
PARTNERS FINANCIAL SERVI UNSECURED        NOT FILED            .00            .00
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
REGIONAL DIAGNOSTICS     UNSECURED         1400.00            .00            .00
MEADOWS CREDIT UNION     UNSECURED         2668.65            .00            .00
ECAST SETTLEMENT CORP    UNSECURED          375.34            .00            .00
ECAST SETTLEMENT CORPORA UNSECURED         2000.00            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         1951.47            .00            .00
ROUNDUP FUNDING LLC      UNSECURED         3739.15            .00            .00
         Summary of disbursements:
```

```
                     SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   27286.56          .00      33176.24          .00      60462.80
PRINCIPAL PAID        2248.04          .00           .00          .00       2248.04
INTEREST PAID         1021.36          .00           .00          .00       1021.36
TOTAL PAID            3269.40          .00           .00          .00       3269.40
```

The Debtor's attorney, COSTELLO & COSTELLO            , was allowed $   3500.00
and was paid $   1126.00  direct and $   2374.00  through the plan.

The Trustee received $    342.60 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/12/09                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE